IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH A. WYSS, ) | 1:05cv 0721 AWI DLB |
| ) | |
| ) | ORDER REQUESTING STATUS |
| ) | REPORT ON SERVING THE |
| ) | COMPLAINT |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JO ANNE BARNHART, Commissioner, ) | |
| ) | |
| Defendant. ) | |

On June 3, 2005, Plaintiff filed the present action in this Court. On the same date, the Court issued a Scheduling Order. To date, the Court has not received a proof of service indicating that the complaint was served on Defendant.

Therefore, Plaintiff is ORDERED to file a status report regarding the status of service of process of the complaint. The status report SHALL be filed within fifteen days of the date of this order.

IT IS SO ORDERED.

**Dated:   November 30, 2005**             **/s/ Dennis L. Beck**
3b142a                                      UNITED STATES MAGISTRATE JUDGE

1