IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH A. WYSS, | ) | 1:05cv0721 AWI DLB |
| | ) | |
| | ) | ORDER TO SHOW CAUSE WHY |
| | ) | ACTIONS SHOULD NOT BE |
| | ) | DISMISSED |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JO ANNE BARNHART, Commissioner, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

On June 3, 2005, Plaintiff filed the present action in this Court. On the same date, the Court issued a Scheduling Order. On November 30, 2005, the Court issued an order for Plaintiff to file a status report regarding the status of service within fifteen days. Plaintiff has failed to do so.

Therefore, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to comply with the Court's November 30, 2005, order. Plaintiff is ORDERED to file a written response to this Order to Show Cause WITHIN thirty (30) days of the date of this Order.

Failure to respond to this Order to Show Cause will result in a recommendation to dismiss this action.

IT IS SO ORDERED.

Dated: **December 27, 2005**          **/s/ Dennis L. Beck**
3b142a                                              UNITED STATES MAGISTRATE JUDGE

1