IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH A. WYSS, ) | 1:05cv0721 AWI DLB |
| ) | |
| ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| Plaintiff, ) | |
| ) | ORDER DISMISSING ACTION |
| vs. ) | |
| ) | (Document 8) |
| JO ANNE BARNHART, Commissioner, ) | |
| ) | |
| Defendant. ) | |

Plaintiff filed his complaint for review of the final decision of the Commissioner of Social Security on June 3, 2005.

On January 31, 2006, the Magistrate Judge issued Findings and Recommendation that the complaint be dismissed for Plaintiff's failure to obey the Court's order and failure to prosecute the action. This Findings and Recommendation was served on all parties and contained notice that any objections to the Report and Recommendation were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis. Accordingly, IT IS HEREBY ORDERED that:

    1.    The Findings and Recommendation issued January 31, 2006, is ADOPTED IN FULL; and

2.      The complaint is dismissed and the Clerk of the Court is DIRECTED to close the file.

IT IS SO ORDERED.

**Dated:     March 10, 2006**                              **/s/ Anthony W. Ishii**
0m8i78                                                   UNITED STATES DISTRICT JUDGE

2